UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Lydia Kutumya Kibedi
Alexander Banona Zabasajja

**Order Filed on May 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 17-20033-CMG |
| Hearing Date: | 6/7/17 |
| Judge: | Gravelle |

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☒        The ☒ debtor ☒ joint debtor did not file a Certificate of Credit Counseling with the petition,

☐        The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

☐        The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☒ joint debtor shall appear before the Honorable

_____Christine M. Gravelle_____ on _____6/7/17_____ at _12:00 pm_ in Courtroom number ____3____, ____402 East State Street , Trenton New Jersey____, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*